# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

In Re: MARIE ANNETTE DEGREE
1550 HILLTOP DRIVE
SHELBY, NC  28150

SSN (1): XXX-XX-8544

Case Number:  09-40564
Judge:  George R. Hodges
Dated:  July 09, 2010

### REPORT OF TRUSTEE OF CLAIMS DETERMINATION

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and recommends that the claims be allowed as reported below. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein contain those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Dated:  July 09, 2010

Steven G. Tate
Standing Chapter 13 Trustee
PO Box 1778
Statesville, NC  28687-1778

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ALLTEL | 8 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2073 |
| AmTrust Bank | 3 | 2 | M-Mortgage/Lease | 98 | $132,111.85 | PAY OUTSIDE | 3491 |
| AmTrust Bank | 4 | 2 | N-Mortgage/Lease Arrears | 50 | $13,547.45 | $13,547.45 | 3491 |
| Andrea Gale Farmer | 1 | | B-Base Attorney Fee(s) | 20 | $2,323.00 | $597.00 | |
| Andrea Gale Farmer | 2 | | B-Base Attorney Fee(s) | 50 | $927.00 | $927.00 | |
| CLEVELAND COUNTY TAX COLLECTOR | 18 | 6 | P-Priority | 50 | $55.57 | $55.57 | 3367 |
| INTERNAL REVENUE SERVICE | 6 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Jefferson Capital Systems LLC | 12 | 1 | U-Unsecured | 80 | $691.84 | $691.84 | 0820 |
| JEFFERSON CAPITAL SYSTEMS LLC | 9 | 3 | U-Unsecured | 80 | $1,062.92 | $1,062.92 | 3203 |
| KINGS MOUNTAIN HOSPITAL | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4460 |
| NC DEPT OF REVENUE | 7 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Premier Bankcard Inc | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0587 |
| REGIONAL ACCEPTANCE CORP | 5 | 5 | S-Secured-Pro-Rata | 50 | $2,600.00 | $2,600.00 | 3925 |
| REGIONAL ACCEPTANCE CORP | 10,005 | 5 | U-Unsecured | 80 | $860.23 | $860.23 | 3925 |
| Sandstar Family Entertainment | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4831 |

CASE NO:  09-40564                                                                                                         DEBTOR: MARIE ANNETTE DEGREE

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| SEVENTH AVENUE | 14 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 1441 |
| SPRINT | 16 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 2962 |
| SPRINT NEXTEL - DISTRIBUTION | 15 | 4 | U-Unsecured | 80 | $724.92 | $724.92 | 0755 |
| WFCB Blair | 17 |  | U-Unsecured | 80 | $0.00 | NOT FILED | 0096 |

CASE NO:  09-40564                                                                                              DEBTOR: MARIE ANNETTE DEGREE

## NOTICE OF REPORT OF TRUSTEE OF CLAIMS DETERMINATION

The Chapter 13 trustee has filed a report in the above-referenced Chapter 13 case to determine the proper classification and treatment of claims.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as reported by the trustee, then you or your attorney must file with the court a written response to the report and a request for hearing, within thirty (30) days of the date of this notice at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> PO BOX 34189
> CHARLOTTE, NC  28234-4189

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

If you file a response, then a hearing on the trustee's report will be scheduled. The date, time and location of the hearing will be provided in a separate notice.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee.

Dated:  July 09, 2010                                                          Steven G. Tate
                                                                               Standing Chapter 13 Trustee
                                                                               By:  D. Stutts

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | |
|---|---|
| In Re:   MARIE ANNETTE DEGREE<br>1550 HILLTOP DRIVE<br>SHELBY, NC  28150<br><br>SSN (1): XXX-XX-8544 | Case Number:      09-40564<br>Judge:      George R. Hodges<br>Dated:      7/9/2010 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on July 09, 2010.

D. Stutts
Office of the Chapter 13 Trustee

ALLTEL, ANDERSON FIN NETWORK, PO BOX 3427, BLOOMINGTON, IL  61702

AmTrust Bank, 1111 Chester Ave, Cleveland, OH  44114

Amtrust Bank, 1801 E 9th St Ste 200, Cleveland, OH  44114

CLEVELAND COUNTY TAX COLLECTOR, PO BOX 370, 311 E MARION ST, SHELBY, NC  28151-0370

INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA, PA  19114

INTERNAL REVENUE SERVICE, PO BOX 21126, PHILADELPHIA, PA  19114

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 23051, COLUMBUS, GA  31902-3051

Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN  56302-9617

Jefferson Capital Systems LLC, Purch from COMPUCREDIT CORP, Orig by Salute Visa Gold, PO Box 7999, St Cloud, MN  56302-9617

Jefferson Capital Systems LLC, Purchased from COMPUCREDIT CORP, orig by Salute Visa Gold, PO Box 23051, Columbus, GA  31902-3051

KINGS MOUNTAIN HOSPITAL, 706 W KING ST, KINGS MOUNTAIN, NC  28086-2708

MARIE ANNETTE DEGREE, 1550 HILLTOP DRIVE, SHELBY, NC  28150

NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC  27602-1168

Premier Bankcard Inc, c/o Arrow Financial Services, 5996 W Touhy Ave, Niles, IL  60714

REGIONAL ACCEPTANCE CORP, BANKRUPTCY SECT 100-50-01-51, P O BOX 1847, WILSON, NC  27894-1847

Sandstar Family Entertainment, c/o Express Recovery Services, 2790 S Decker Lane Dr, Salt Lake City, UT  84119

SEVENTH AVENUE, 1112 7TH AVE, MONROE, WI  53566-1364

SPRINT NEXTEL - DISTRIBUTION, ATTN BANKRUPTCY DEPT, PO BOX 3326, ENGLEWOOD, CO  80155-3326

Sprint Nextel Correspondence, Attn Bankruptcy Dept, PO Box 7949, Overland Park, KS  66207

SPRINT, CUSTOMER SERVICE, PO BOX 8077, LONDON, KY  40742

WFCB Blair, 4590 E Broad St, Columbus, OH  43213

Total Served:21