UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:                                                                                               Case No:    09-40564

MARIE ANNETTE DEGREE

SSN#: XXX-XX-8544

**NOTICE TO DEBTOR**

We have added the post petition tax claim listed below.

This claim has been included in your plan without increasing your plan payment.  No modification is required to include this claim.

| Trustee Claim # | Clerk Claim # | Payee | Creditor Type Description | Account Number | Asserted Claim Amt |
|---|---|---|---|---|---|
| 19 | 7 | **CLEVELAND COUNTY TAX COLLECTOR** | P-Priority | 1105 | $47.13 |

Very truly yours,

Steven G. Tate

Chapter 13 Trustee

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid  on 10/22/2010.

                                                                                              K. Stevenson

                                                                                              Office of the Chapter 13 Trustee

MARIE ANNETTE DEGREE, 1550 HILLTOP DRIVE,  SHELBY, NC  28150