FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 09-40564-GRH |
| MARIE ANNETTE DEGREE § | |
| DEBTOR § | |
| § | |
| § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Residential Credit Solutions**          **AmTrust Bank Center**
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 2-1
Should be sent:                                    Amount of Claim: $132,111.85
                                                   Date Claim Filed: 07/24/2009
**Residential Credit Solutions**
**4282 N. Freeway**
**Fort Worth, Texas 76137**

                                                   Phone:_____
Phone: **(800) 737-1192**                          Last Four Digits of Acct.# 3491
Last Four Digits of Acct #: **xxxxxx0374**

Name and Address where transferee payments
should be sent (if different from above):

**Residential Credit Solutions**
**4282 N. Freeway**
**Fort Worth, Texas 76137**

Phone: **(800) 737-1192**
Last Four Digits of Acct #: **xxxxxx0374**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lawrence J. Buckley          Date: November 3, 2010
    Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE

    I, Lawrence J. Buckley, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on this 5 day of November 2010 :

Debtor's Attorney
Andrea Gale Farmer
Tomblin, Farmer & Morris, Pllc
Post Office Box 632
Rutherfordton, North Carolina 28139

Debtor
Marie Annette Degree
1550 Hilltop Drive
Shelby, North Carolina 28150

United States Trustee
Office of United States Trustee
402 W. Trade Street, Suite 110
Charlotte, North Carolina 28202

Chapter 13 Trustee
Steven G. Tate
Post Office Box 1778 / 212 Cooper Street
Statesville, North Carolina 28677-1778

7652-N-0496
09-40564-GRH

/s/ Lawrence J. Buckley
Lawrence J. Buckley

NOTICE TO TRANSFER CLAIM